UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patrick T. Manion, Jr. and Nancy Manion,

Plaintiffs,

vs.

Alex Stirling; Beaver Park Marina, Inc.; William G. Schaeffer; Boats, Inc.; Brian Olson; Donald C. Mackenzie; Bruce Marine, Inc.; Bruce Crowder; Tom Crowder; MarineOne, Corp.; Tony Lumpkin; Cope Auto & Marine, Inc.; Kenneth Cope; Counce Marine, Inc.; Tandy Counce; Crocker's Marine, Inc.; Crocker & Co., LLC; Morehead Marine, Inc.; Newland K. Crocker; Terry G. Wilder; Custom Fiberglass Manufacturers, Inc.; Frank Franklin; "Just Add Water" Boats, Inc.; Tim Meyer; Killinger Marine Center, Inc.; Douglass Killinger; Norris Marine, Ltd.; Tom Stidham; Phil Dill Boats, Inc.; Phil Dill, Jr.; Port Harbor Marine, Inc.; Robert Soucy; Russo's Marine Mart, Inc.; Lawrence J. Russo, Sr.; Summerville Marine, Inc.; Cleveland Wilson; Wally Wall; Texas Marine & Brokerage, Inc.; Texas Marine of Houston, Inc.; Texas Marine of Clear Lake, Inc.; and Michael Hebert,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER, OR OTHERWISE RESPOND TO COMPLAINT, AND ORDER**

Court File No. CV-02-370

DWF/RLE

---

WHEREAS, this action was commenced in this Court on February 12, 2002;

WHEREAS, the Complaint in this action is 48 pages in length, contains 235 paragraphs of detailed allegations, and names 41 separate defendants;

WHEREAS, plaintiffs have attempted substituted service in this action pursuant to Minn. Stat. §§ 80A.27 and 45.028, delivering copies of the Summons and Complaint to the Minnesota Commissioner of Commerce on or about February 22, 2002;

WHEREAS, defendants' deadlines for answering or otherwise responding to the Complaint presently shall expire no earlier than March 18, 2002;

MAR 25 2002
[redacted]

WHEREAS, defendants specially appearing through counsel below believe they need additional time to investigate plaintiffs' claims, and all defenses and responses thereto, and therefore submit that an extension of thirty (30) days in the specially appearing defendants' deadlines for answering or otherwise responding to the Complaint is warranted;

WHEREAS, plaintiffs do not object to the specially appearing defendants' requested extension.

IT IS HEREBY STIPULATED AND AGREED between the parties, through their respective counsel, that the Court may enter the attached Order.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By ______________________
Richard A. Lockridge (#64117)
Eric C. Tostrud (#213548)
Martin A. Carlson (#0299650)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

DATED: March 18, 2002

William J. French
CONANT FRENCH & CHANLEY, L.L.P
Suite 3880 BankOne Center
1717 Main Street
Dallas, TX 75201
(214) 915-0620

Attorneys for Plaintiffs Patrick T. Manion, Jr. and Nancy Manion

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Richard J. Nygaard (80226)
John J. Wackman (251884)
Peter D. Gray (25809X)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7912 or 340-7944 or 340-8968

DATED: March 18, 2002

Attorneys for Defendants Beaver Park Marina, Inc., William G. Schaeffer, Boats, Inc., Brian Olson, Donald C. Mackenzie MarineOne, Corp., Tony Lumpkin, Crocker's Marine, Inc., Crocker & Co., LLC, Morehead Marine, Inc., Newland K. Crocker, Terry G. Wilder, Custom Fiberglass Manufacturers, Inc., Frank Franklin, Killinger Marine Center, Inc., Douglass Killinger, Phil Dill Boats, Inc., Phil Dill, Jr., Port Harbor Marine, Inc., Robert Soucy, Russo's Marine Mart, Inc., Lawrence J. Russo, Sr., Summerville Marine, Inc., Cleveland Wilson, Texas Marine & Brokerage, Inc., Texas Marine of Houston, Inc., Texas Marine of Clear Lake, Inc., and Michael Hebert

**Appearing Specially Without Waiver of Defenses Under Fed. R. Civ. P. 12**

FOLEY & MANSFIELD, P.L.L.P.

By: Stephen L. Wilson
Stephen L. Wilson (172054)
Frank A. Dvorak (25094)
1108 Nicollet Mall, Suite 200
Minneapolis, MN 55403
(612) 338-8788

Dated: March 15, 2002

Attorneys for Defendants Alex Stirling, Bruce Marine, Inc., Bruce Crowder, Tom Crowder, Cope Auto & Marine, Inc., Kenneth Cope, Counce Marine, Inc., Tandy Counce, "Just Add Water" Boats, Inc., Tim Meyer, Norris Marine Ltd., and Tom Stidham

**Appearing Specially Without Waiver of Defenses Under Fed R. Civ. P. 12**

**ORDER**

Pursuant to the foregoing Stipulation, the deadlines of defendants Beaver Park Marina, Inc., William G. Schaeffer, Boats, Inc., Brian Olson, Donald C. Mackenzie MarineOne, Corp., Tony Lumpkin, Crocker's Marine, Inc., Crocker & Co., LLC, Morehead Marine, Inc., Newland K. Crocker, Terry G. Wilder, Custom Fiberglass Manufacturers, Inc., Frank Franklin, Killinger Marine Center, Inc., Douglass Killinger, Phil Dill Boats, Inc., Phil Dill, Jr., Port Harbor Marine, Inc., Robert Soucy, Russo's Marine Mart, Inc., Lawrence J. Russo, Sr., Summerville Marine, Inc., Cleveland Wilson, Texas Marine & Brokerage, Inc., Texas Marine of Houston, Inc., Texas Marine of Clear Lake, Inc., Michael Hebert, Alex Stirling, Bruce Marine, Inc., Bruce Crowder, Tom Crowder, Cope Auto & Marine, Inc., Kenneth Cope, Counce Marine, Inc., Tandy Counce, "Just Add Water" Boats, Inc., Tim Meyer, Norris Marine, Ltd., and Tom Stidham for answering or otherwise responding to the Complaint in this matter are hereby extended until **April 17, 2002**.

**IT IS SO ORDERED.**

BY THE COURT

DATED: March 25, 2002

Raymond L. Erickson
Magistrate Judge Raymond L. Erickson

817288-1