**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PATRICK T. MANION, JR.,
Plaintiff,

v. Civil No. 00-238 (ADM/RLE)

STEPHEN NAGIN, ET AL.,
Defendants.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

PATRICK T. MANION, JR., ET AL.,
Plaintiffs,

v. Civil No. 02-370 (DWF/RLE)

ALEX STIRLING, ET AL.,
Defendants.

Case No. 00-238 (ADM/RLE) having been assigned to Judge Ann D. Montgomery and Case No. 02-370 (DWF/RLE) having later been assigned to Judge Donovan W. Frank, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-370 (DWF/RLE) be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 18, 2002

ANN D. MONTGOMERY
Judge of United States District Court

Dated: April 17th, 2002

DONOVAN W. FRANK
Judge of United States District Court

7

Filed APR 22 2002
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials

F I L E   C O P Y

Date: April 25, 2002 jr

R E C O R D   O F   D O C K E T   T E X T

0:02-cv-00370 Manion v. Stirling

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASES (Judge Ann D. Montgomery / 4/18/02) (Judge Donovan W. Frank / 4/17/02) Case reassigned to Judge Ann D. Montgomery(related case 00-238 ADM/RLE). Case number remains the same except for initials 02-370 ADM/RLE. Case number with new initials to be used on all future pleadings or papers submitted to the Court regarding this civil action (02-370 ADM/RLE). 1pg(s) (cc: all counsel)

Hon. Ann D Montgomery, Judge

THIS NOTICE SENT TO ALL COUNSEL