# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV-02-370 DWF/RLE **Case Title:** Patrick T. Manion, et al. v. Alex Stirling, et al.

**Affidavit of Movant**

I, Eric C. Tostrud, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William J. French, an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Patrick T. Manion in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Eric C. Tostrud — Signature
213548 — MN Attorney License #
April 9, 2002 — Date

**Affidavit of Proposed Admittee**

I, William J. French, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

William J. French — Type/Print Name
William J. French — Signature
April 9, 2002 — Date

Attorney License Number: 24003952

Law Firm Name & Address: Conant French & Chaney, LLP
1717 Main Street, Suite 3880
Dallas, Texas 75201

Telephone: (214) 915-0620

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

APR 24 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK