UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

ORDER

* * * * * * * * * * * * * * * * * * *

Patrick T. Manion, Jr.,
and Nancy Manion,

Plaintiffs,

vs.

Alex Stirling, Beaver Park Marina, Inc.,
William G. Schaeffer, Boats, Inc.,
Brian Olson, Donald C. MacKenzie,
Bruce Marine, Inc., Bruce Crowder,
Tom Crowder, Marineone, Corp.,
Tony Lumpkin, Cope Auto & Marine, Inc.,
Kenneth Cope, Counce Marine, Inc.,
Tandy Counce, Crocker's Marine, Inc.,
Crocker & Co, LLC., Morehead Marine, Inc.,
Newland Kay Crocker, Terry G. Wilder,
Custom Fiberglass Manufacturers, Inc.,
Frank Franklin, Just Add Water Boats, Inc.,
Tim Meyer, Killinger Marine Center, Inc.,
Douglass Killinger, Norris Marine, Ltd.,
Tom Stidham, Phil Dill Boats, Inc.,
Phil Dill, Jr., Port Harbor Marine, Inc.,
Robert Soucy, Russo's Marine Mart, Inc.,
Lawrence J. Russo, Sr., Summerville
Marine, Inc., Cleveland Wilson, Wally Wall,
Texas Marine & Brokerage, Inc., Texas
Marine of Houston, Inc., Texas Marine of
Clear Lake, Inc., Michael Hebert,

Defendants. Civ. No. 02-370 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

To: Richard A. Lockridge, Lockridge Grindal Nauen, 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401.

(9)

FILED JUL 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MJB

At Duluth, in the District of Minnesota, this 3rd day of July, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on February 2, 2002 by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant Wally Wall has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE