AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Patrick T. Manion, Jr. and Nancy Manion

V.

Alex Stirling, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 02-370 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' Motion for Attorneys' Fees is denied. Defendants' Motion for Sanctions is denied.

February 5, 2004
Date

RICHARD D. SLETTEN, CLERK

Heather Labat

(By) Heather Labat, Deputy Clerk