# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL INFORMATION SHEET

**Date:** October 26, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Glorias Schneider, U.S. District Court - Minnesota

| | | |
|---|---|---|
| **In Re:** | District Court Case No.: | 02-CV-0370 ADM/RLE |
| | Eighth Circuit Case No.: | 03-2870 |
| | Case Title: | MANION ET AL VS STIRLING ET AL |

---

TRANSMITTED HEREWITH:

: Original File(s), consisting of 4 file(s). And 3 EXPANDABLE FOLDERS

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

9 Other:

9 Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL INFORMATION SHEET

**Date:** October 26, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Glorias Schneider, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 02-CV-0370 ADM/RLE
Eighth Circuit Case No.: 03-2870
Case Title: MANION ET AL VS STIRLING ET AL

---

TRANSMITTED HEREWITH:

: Original File(s), consisting of 4 file(s). And 3 EXPANDABLE FOLDERS

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

9 Other:

9 Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ______________ Received by: ______________________________

Date Returned to USDC: ____________________

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL INFORMATION SHEET

**Date:** October 26, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Glorias Schneider, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 02-CV-0370 ADM/RLE
Eighth Circuit Case No.: 03-2870
Case Title: MANION ET AL VS STIRLING ET AL

---

TRANSMITTED HEREWITH:

: Original File(s), consisting of 4 file(s). And 3 EXPANDABLE FOLDERS

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

9 Other:

9 Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ____________________