# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Nos. 03-2869/2870

| | | |
|---|---|---|
| Patrick T. Manion, Jr., et al., | * | |
| | * | |
| Appellants, | * | |
| | * | Appeals from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Boat Dealers' Alliance, Inc., et al., | * | |
| | * | |
| | * | |
| Appellees. | * | |

Appellees shall recover from the appellants the sum of One Thousand Four Hundred Forty-One Dollars and Eight Cents ($1,441.08) as taxable costs on appeal.

(5232-010199)

February 3, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
FEB 7 2005
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 3, 2005

Mr. Peter D. Gray
RIDER & BENNETT
Suite 4900
33 S. Sixth Street
Minneapolis, MN 55402

Re: 03-2869 Patrick T. Manion vs. Boat Dealers'
03-2870 Patrick T. Manion vs. Alex Stirling

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

RECEIVED
BY U.S. MAIL
2005 FEB -7 AM 9:28
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

dms
Enclosure(s)

cc: Honorable Ann D. Montgomery, U.S. District Judge
William J. French
Richard Allen Lockridge
Martin A. Carlson
Paul G. Swanson
Richard James Nygaard
John Juneau Wackman
Eric John Magnuson
Stephen Louis Wilson
Dale Oreland Thornsjo
Mark R. Azman
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-238 ADM/RLE
District Court/Agency Case Number(s): CIV 02-370 ADM/RLE