# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-2869

Patrick T. Manion, Jr., *
*
Appellant, *
*
v. *
*
Stephen E. Nagin; Herzfeld & Rubin; *
Herzfeld & Rubin, P.C.; *
Nagin Gallop Figueredo, P.A., *
*
Defendants *
*
Boat Dealers' Alliance, Inc., *
*
Appellee. *

Appeals from the United States
District Court for the
District of Minnesota.

No. 03-2870

Patrick T. Manion, Jr.; Nancy Manion, *
*
Appellants, *
*
v. *
*

Alex Stirling; Beaver Park Marina, *
Inc.; William G. Schaeffer; Boats, Inc.; *
Brian Olson; Donald C. Mackenzie; *
Bruce Marine; Bruce Crowder; Tom *
Crowder; Marineone Corp.; Tony *
Lunpkin; Cope Auto & Marine, Inc.; *
Kenneth Cope; Counce Marine, Inc.; *
Tandy Counce; Crocker's Marine, *
Inc.; Crocker & Co., L.L.C.; *
Morehead Marine, Inc.; Newland Kay *
Crocker; Terry G. Wilder; Custom *
Fiberglass Manufacturers, Inc.; Frank *
Franklin; "Just Add Water" Boats, Inc.; *
Tim Meyer; Killinger Marine Center, *
Inc.; Douglass Killinger; Norris *
Marine, LTD.; Tom Stidham; Phil Dill *
Boats, Inc.; Phil Dill, Jr.; Port Harbor *
Marine, Inc.; Robert Soucy; Russo's *
Marine Mart, Inc.; Lawrence J. Russo, *
Sr.; Summerville Marine, Inc.; *
Cleveland Wilson; Texas Marine & *
Brokerage, Inc.; Texas Marine of *
Houston, Inc.; Texas Marine of Clear *
Lake, Inc.; Michael Hebert, *
*
Appellees. *

SCANNED FEB 9 2005 U.S. DISTRICT COURT

**JUDGMENT**

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

(5172-010199)

December 16, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 7, 2005

RECEIVED
BY U.S. MAIL
2005 FEB -9 AM 9:21
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Mr. Richard Sletten, Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2870 Patrick T. Manion vs. Alex Stirling
03-2869 Patrick T. Manion vs. Boat Dealers'

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms
Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Ann D. Montgomery
William J. French
Richard Allen Lockridge
Martin A. Carlson
Paul G. Swanson
Stephen Louis Wilson
Richard James Nygaard
John Juneau Wackman
Peter D. Gray
Eric John Magnuson
Dale Oreland Thornsjo
Mark R. Azman

District Court/Agency Case Number(s): CIV 02-370 ADM/RLE
District Court/Agency Case Number(s): CIV 00-238 ADM/RLE